UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE EDWARDS,

    Plaintiff,

v.                                          Case No. 10-CV-729

BELINDA SCHRUBBE, MARY GORSKE,
DR. PAUL SUMNICHT, and KRIS LYONS,

    Defendants.

**ORDER**

Plaintiff has filed a second motion for reconsideration of my order granting defendants' motion for summary judgment. Because I see no basis for reconsidering that order, the motion will be denied.

Plaintiff also asserts that he seeks to preserve his right to appeal. The pro bono representation of plaintiff's attorney does not carry over to any appeal. Thus, plaintiff may file a pro se notice of appeal and request for leave to proceed in forma pauperis on appeal.

**IT IS THEREFORE ORDERED** that plaintiff's second motion for reconsideration (Docket # 108) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of May, 2013.

                                                                               s/ Lynn Adelman

                                                                               LYNN ADELMAN
                                                                               District Judge